UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-81314-LEIBOWITZ

**GARFIELD SPENCE**,

    *Plaintiff*,

v.

**MARITIME FINANCIAL INVESTMENTS, INC.**,

    *Defendant*.

_____/

## ORDER

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Dismissal Without Prejudice [ECF No. 6], filed on November 19, 2024. Accordingly, Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), it is hereby **ORDERED AND ADJUDGED** that the instant action is **DISMISSED** *without prejudice*. *The Clerk of Court* is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on November 20, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record